UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re SPRING HOPE BIOFUELS, LLC
Debtor

Case No. 09-14195

## INITIAL MONTHLY OPERATING REPORT

File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation. Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession." Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| 12-Month Cash Flow Projection (Form IR-1) | ✓ | |
| Certificates of Insurance: | | |
| Workers Compensation | ✓ | |
| Property | ✓ | |
| General Liability | ✓ | |
| Vehicle | ✓ | |
| Other: D+O | ✓ | |
| Identify areas of self-insurance w/liability caps | | |
| Evidence of Debtor in Possession Bank Accounts | | |
| Tax Escrow Account | | |
| General Operating Account | | |
| Money Market Account pursuant to Local Rule 4001-3. Refer to http://www.deb.uscourts.gov/ | | |
| Other: | | |
| Retainers Paid (Form IR-2) | ✓ | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

_____          _____
Signature of Debtor                              Date

_____          _____
Signature of Joint Debtor                      Date

/s/ Gary Brooks                                    12/24/09
Signature of Authorized Individual*        Date

GARY BROOKS                                    Chief Restructuring Officer
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM IR
(4/07)

SPRING HOPE
In re BIOFUELS, LLC
Debtor                                   Case No. 09-14195

## CASH FLOW PROJECTIONS FOR THE 12 MONTH PERIOD: 12/09 through 11/10

This schedule must be filed with the Court and a copy submitted to the United States Trustee within 15 days after the order for relief. Amended cash flow projections should be submitted as necessary.

| | Month DEC | Month JAN | Month FEB | Month MAR | Month APR | Month MAY | Month JUN | Month JULY | Month AUG | Month SEP | Month OCT | Month NOV | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Beginning of Month** | | | | | | | | | | | | | |
| **RECEIPTS** | | | | | | | | | | | | | |
| CASH SALES | | | | | | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | | | | | | |
| SALE OF ASSETS | | | | | | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | | | | | | |
| **TOTAL RECEIPTS** | | | | | | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | | | | | | |
| NET PAYROLL | | | | | | | | | | | | | |
| PAYROLL TAXES | | | | | | | | | | | | | |
| SALES, USE, AND OTHER TAXES | | | | | | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | | | | | | |
| INSURANCE | | | | | | | | | | | | | |
| ADMINISTRATIVE & SELLING | | | | | | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | | | | | | |
| U.S. TRUSTEE FEES | | | | | | | | | | | | | |
| COURT COSTS | | | | | | | | | | | | | |
| **TOTAL DISBURSEMENTS** | | | | | | | | | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **Cash End of Month** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

NO CASH FLOW PROJECTION

FORM IR-1
(4/07)

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 10/01/00

| PRODUCER | 1-404-439-8000 |
|---|---|
| Integro USA Inc.<br>dba Integro Insurance Brokers<br>3455 Peachtree Road, NE<br>Suite 1600<br>Atlanta, GA 30326<br>Porter Hale | |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

| INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURED<br>Global Energy Holdings Group, Inc.<br>PO Box 724028<br>Atlanta, GA 31139 | |
| INSURER A: Lexington Insurance Company | |
| INSURER B: Granite State Insurance Company | |
| INSURER C: Commerce & Industry Ins. Co. | |
| INSURER D: Chubb Custom Insurance Co. | |
| INSURER E: Fireman's Fund Insurance Company | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADDL INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | | GENERAL LIABILITY<br>X COMMERCIAL GENERAL LIABILITY<br>CLAIMS MADE X OCCUR<br><br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>POLICY / PROJECT / LOC | 011463927 | 05/23/09 | 06/01/10 | EACH OCCURRENCE<br>DAMAGE TO RENTED PREMISES (Ea occurrence)<br>MED EXP (Any one person)<br>PERSONAL & ADV INJURY<br>GENERAL AGGREGATE<br>PRODUCTS - COMP/OP AGG | $1,000,000<br>$50,000<br>$<br>$1,000,000<br>$2,000,000<br>$2,000,000 |
| B | | AUTOMOBILE LIABILITY<br>ANY AUTO<br>ALL OWNED AUTOS<br>X SCHEDULED AUTOS<br>X HIRED AUTOS<br>X NON-OWNED AUTOS | 02-CA-019656111-0/00 | 04/22/09 | 04/22/10 | COMBINED SINGLE LIMIT (Ea accident)<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE (Per accident) | $1,000,000<br>$<br>$<br>$ |
| | | GARAGE LIABILITY<br>ANY AUTO | | | | AUTO ONLY - EA ACCIDENT<br>OTHER THAN EA ACC<br>AUTO ONLY: AGG | $<br>$<br>$ |
| A | | EXCESS/UMBRELLA LIABILITY<br>X OCCUR CLAIMS MADE<br>DEDUCTIBLE<br>RETENTION $ | 001000880 | 05/23/09 | 06/01/10 | EACH OCCURRENCE<br>AGGREGATE | $10,000,000<br>$10,000,000<br>$<br>$<br>$ |
| C | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>If yes, describe under SPECIAL PROVISIONS below | WC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 | 07/23/09 | 06/01/10 | X WC STATU- TORY LIMITS / OTH-ER<br>E.L. EACH ACCIDENT<br>E.L. DISEASE - EA EMPLOYEE<br>E.L. DISEASE - POLICY LIMIT | $1,000,000<br>$1,000,000<br>$1,000,000 |
| D<br>E | | OTHER<br>Environmental Site Liab.<br>Property | 3731-2919<br>MXI93007425 | 05/23/09<br>05/23/09 | 06/01/10<br>06/01/10 | Each Incident/Agg.<br>Total Ins. Values | 1,000,000<br>3,200,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS
The insurance coverages referenced above were in effect 11/30/2009.
The General Liability, Umbrella and Property coverages identified on this form are cancelled effective 12/13/09 for non-payment of premium.
The Workers Compensation policy identified on this form is cancelled effective 12/3/2009.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| For Evidence Purposes Only<br>[signature: Brooks] | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE [signature: Frank Kinnett] |

ACORD 25 (2001/08) akitchen
13899880

© ACORD CORPORATION 1988

| ACORD. CERTIFICATE OF LIABILITY INSURANCE | | | | | DATE (MM/DD/YYYY) 12/21/09 | |
|---|---|---|---|---|---|---|
| PRODUCER 1-404-439-8000<br>Integro USA Inc.<br>dba Integro Insurance Brokers<br>3455 Peachtree Road, NE<br>Suite 1600<br>Atlanta, GA 30326<br>Porter Hale | | | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. | | | |
| | | | INSURERS AFFORDING COVERAGE | | NAIC # | |
| INSURED<br>Global Energy Holdings Group, Inc.<br><br>PO Box 724028<br><br>Atlanta, GA 31139 | | | INSURER A: National Union Fire Insurance Co. of | | | |
| | | | INSURER B: Allied World National Assurance Company | | | |
| | | | INSURER C: | | | |
| | | | INSURER D: | | | |
| | | | INSURER E: | | | |

COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| | | GENERAL LIABILITY<br>COMMERCIAL GENERAL LIABILITY<br>CLAIMS MADE   OCCUR | | | | EACH OCCURRENCE | $ |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurence) | $ |
| | | | | | | MED EXP (Any one person) | $ |
| | | | | | | PERSONAL & ADV INJURY | $ |
| | | | | | | GENERAL AGGREGATE | $ |
| | | GEN'L AGGREGATE LIMIT APPLIES PER:<br>POLICY   PROJECT   LOC | | | | PRODUCTS - COMP/OP AGG | $ |
| | | AUTOMOBILE LIABILITY<br>ANY AUTO<br>ALL OWNED AUTOS<br>SCHEDULED AUTOS<br>HIRED AUTOS<br>NON-OWNED AUTOS | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | GARAGE LIABILITY<br>ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | | OTHER THAN   EA ACC<br>AUTO ONLY:   AGG | $<br>$ |
| | | EXCESS/UMBRELLA LIABILITY<br>OCCUR   CLAIMS MADE<br><br>DEDUCTIBLE<br>RETENTION $ | | | | EACH OCCURRENCE | $ |
| | | | | | | AGGREGATE | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?<br>If yes, describe under SPECIAL PROVISIONS below | | | | WC STATU-   OTH-<br>TORY LIMITS   ER | |
| | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | | OTHER<br>D&O | 01-499-94-30 | 01/27/09 | 01/27/10 | Annual Aggregate | 10,000,000 |
| B | | $10M Excess $10M D&O | C0112454-001 | 01/27/09 | 01/27/10 | Annual Aggregate | 10,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS
The Directors & Officers policies identified above were in effect on 11/30/2009.
The policies stated above are in threat of cancellation for non-payment of premium. The policies are scheduled to be cancelled if final payment of $20,630.49 is not recieved by 4:00pm, EST, 12/21/09.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| For Evidence Purposes Only | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL  30  DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE  _Mark Bennett_ |

ACORD 25 (2001/08) akitchen
13899816

© ACORD CORPORATION 1988

In re **SPRING HOPE BIOFUELS, LLC**
Debtor

Case No. **09-14195**

Reporting Period: **Nov '09**

## SCHEDULE OF RETAINERS PAID TO PROFESSIONALS
(This schedule is to include each Professional paid a retainer[1])

| Payee | Check Date | Check Number | Name of Payor | Amount | Amount Applied to Date | Balance |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**NO RETAINER PAID**

[1] Identify all Evergreen Retainers

Form IR-2 (4/07)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re SPRING HOPE BIOFUELS, LLC

Case No. 09-14195
Reporting Period: NOV '09

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | ✓ | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | ✓ | | |
| Schedule of Professional Fees Paid | MOR-1b | ✓ | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | ✓ | | |
| Balance Sheet | MOR-3 | ✓ | | |
| Status of Postpetition Taxes | MOR-4 | ✓ | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | ✓ | | |
| Listing of aged accounts payable | MOR-4 | ✓ | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | ✓ | | |
| Debtor Questionnaire | MOR-5 | ✓ | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____  Date _____

Signature of Joint Debtor _____  Date _____

Signature of Authorized Individual* _/s/ Gary Brooks_  Date 12/24/09

Printed Name of Authorized Individual: Gary Brooks

Title of Authorized Individual: Chief Restructuring Officer

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re: **SPRING HOPE BIOFUELS, LLC**
Debtor

Case No. **09-14195**
Reporting Period: **NOV '09**

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | — | — | — | — | — | — | — | — |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
| TOTAL RECEIPTS | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| TOTAL DISBURSEMENTS | | | | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | $ |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ |

**NO CASH RECEIPTS OR DISBURSEMENTS**

FORM MOR-1
(04/07)

In re **SPRING HOPE BIOFUELS, LLC**
Debtor

Case No. **09-14195**
Reporting Period: **NOV '09**

## BANK RECONCILIATIONS
### Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | | | | | | | |
| BANK BALANCE | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal balance per books | | | | | | | | |

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|

| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|

| **OTHER** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

**NO BANK ACCT. FOR THIS COMPANY**

FORM MOR-1a
(04/07)

In re SPRING HOPE BIOFUELS, LLC
Debtor

Case No. 09-14195
Reporting Period: NOV '09

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

NO FEES PAID

FORM MOR-1b (04/07)

In re: **SPRING HOPE BIOFUELS, LLC.**
Debtor

Case No.: 09-14195
Reporting Period: NOV '09

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $ 0 | $ 0 |
| Less: Returns and Allowances | | |
| Net Revenue | $ | $ |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | | |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | | |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $ 0 | $ 0 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

NO OPERATING ACTIVITY FOR THIS COMPANY

FORM MOR-2
(04/07)

In re **SPRING HOPE BIOFUELS, LLC**  
      Debtor

Case No. **09-14195**  
Reporting Period: **NOV '09**

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

FORM MOR-2 CONT'D  
(04/07)

In re **SPRING HOPE BIOFUELS, LLC**
Debtor

Case No. **09-14195**
Reporting Period: **NOV '09**

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| TOTAL CURRENT ASSETS | $ | $ |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | 7,833,397 | 7,833,397 |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | | |
| Leasehold Improvements | | |
| Vehicles | | |
| Less Accumulated Depreciation | (7,133,397) | (7,133,397) |
| TOTAL PROPERTY & EQUIPMENT | $ | $ |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| TOTAL OTHER ASSETS | $ | $ |
| **TOTAL ASSETS** | $ 700,000 | $ 700,000 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| TOTAL POSTPETITION LIABILITIES | $ 0 | $ 0 |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | 416,632 | 416,632 |
| TOTAL PRE-PETITION LIABILITIES | $ 416,632 | $ 416,632 |
| **TOTAL LIABILITIES** | $ 416,632 | $ 416,632 |
| **OWNER EQUITY** | | |
| Capital Stock | | |
| Additional Paid-In Capital | 9,129,239 | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | (8,845,871) |
| Retained Earnings - Postpetition | (8,845,871) | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| NET OWNER EQUITY | $ 283,368 | $ 283,368 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 700,000 | $ 700,000 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3
(04/07)

In re Debtor: **SPRING HOPE BIOFUELS, LLC.**

Case No. **09-14195**
Reporting Period: **Nov '09**

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account.

FORM MOR-3 CONT'D
(04/07)

In re SPRING HOPE BIOFUELS, LLC.
    Debtor

Case No. 09-14195
Reporting Period: NOV '09

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Taxes** | 0 | 0 | 0 | 0 | 0 | 0 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Postpetition Debts | 0 | 0 | 0 | 0 | 0 | 0 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re **SPRING HOPE BIOFUELS, LLC.**
Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | — |
| + Amounts billed during the period | — |
| - Amounts collected during the period | — |
| Total Accounts Receivable at the end of the reporting period | — |
|  | — |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | — |
| 31 - 60 days old | — |
| 61 - 90 days old | — |
| 91+ days old | — |
| Total Accounts Receivable | — |
| Amount considered uncollectible (Bad Debt) | — |
| Accounts Receivable (Net) | — |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. |  | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. |  | ✓ |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | ✓ |  |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | ✓ |  |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. |  | ✓ |

THERE ARE NO RECEIVABLES

FORM MOR-5
(04/07)