UNITED STATES BANKRUPTCY COURT

District of Delaware

In re: <u>Global Energy Holdings Group, Inc.</u>   Case No. <u>09-14192</u>

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC OPTIMUM FUND LLC</u><br>Name of Transferee | <u>URS CORPORATION</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC OPTIMUM FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518<br><br>Phone: <u>516-255-1801</u><br>Last four digits of Acct#: <u>N/A</u><br><br>Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#: <u>N/A</u> | Court Claim # (if known): <u>31</u><br>Amount of Claim: <u>$16,585.67</u><br>Date Claim Filed: <u>06/02/2010</u><br><br>Phone: <u>(805) 964-6010</u><br>Last four digits of Acct.# <u>N/A</u><br><br>Name and Current Address of Transferor:<br><br>URS CORPORATION<br>130 Robin Hill Road #100<br>Coleta, CA 93117 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Terrel Ross                                   Date: <u>July 21, 2010</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

## Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801-3024
Attention: Clerk

AND TO: GLOBAL ENERGY HOLDINGS, INC. ("Debtor")
Case No.09-14192

Claim #31

**URS CORPORATION**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**TRC OPTIMUM FUND LLC**
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **$16,585.67** ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _21_ DAY OF ___July___, 2010.

**ASSIGNOR: URS CORPORATION**

_Michael A. Steuer_
(Signature)

_MICHAEL A. STEUER_
(Print Name)

_REGIONAL COUNSEL_
(Title)

**ASSIGNEE: TRC OPTIMUM FUND LLC**

_[signature]_
(Signature)

_Terrel Ross_
(Print Name)

_Managing Member_
(Title)