| United States Bankruptcy Court | |
|---|---|
| For the District Of Delaware | |
| GLOBAL ENERGY HOLDINGS GROUP INC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-14192 |
| Debtor | } Amount $19,314.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**SIZEMOORE INC**
**2116 WALTON WAY**
**AUGUSTA, GA 30904**

The transfer of your claim as shown above in the amount of **$19,314.00** has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By/s/Eric Horn
    Liquidity Solutions Inc
    (201) 968-0001

497698

**TRANSFER NOTICE**

Sizemore Inc. ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Global Energy Holdings Group, Inc., et al. ("Debtor"), in the aggregate amount of $19,314.00 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Delaware, Jointly Administered as Case No. 09-14192.

IN WITNESS WHEREOF, Assignor has signed below as of the  6th  day of August , 2010.

Sizemore Inc.                                                                  Liquidity Solutions, Inc.

By: _____                                    _____
(Signature)                                                                     (Signature)

Matt Kottyan, CFO                                                      Eric Horn
(Print Name and Title)                                                  (Print Name)