# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re: Global Energy Holdings Group, Inc.   Case No. 09-14192

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC OPTIMUM FUND LLC | FRAZIER & DEETER LLC |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): N/A |
| | Amount of Claim: $140,000.00 |
| | Date Claim Filed: N/A |
| TRC OPTIMUM FUND LLC | |
| Attn: Terrel Ross | Phone: (404) 253-7500 |
| 336 Atlantic Avenue Suite 302 | Last four digits of Acct.#: N/A |
| East Rockaway, NY 11518 | |
| | Name and Current Address of Transferor: |
| Phone: 516-255-1801 | |
| Last four digits of Acct#: N/A | FRAZIER & DEETER LLC |
| | 600 Peachtree Street NE Suite 1900 |
| Name and address where transferee payments should be sent (if different from above): | Atlanta, GA 30308 |
| | |
| Phone: N/A | |
| Last four digits of Acct#: N/A | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross                                               Date: August 20, 2010
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801-3024
Attention: Clerk

AND TO: GLOBAL ENERGY HOLDINGS GROUP, INC. ("Debtor")
Case No.09-14192

Claim # N/A

FRAZIER & DEETER, LLC, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC OPTIMUM FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of $140,000.00 ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ____ DAY OF _____, 2010.

ASSIGNOR: FRAZIER & DEETER, LLC

_____
(Signature)

_WILLIAM GOBALEC_
(Print Name)

_By him in charge of Audit_
(Title)

ASSIGNEE: TRC OPTIMUM FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Manager
(Title)

B6F (Official Form 6F) (12/07) - Cont.

In re  Global Energy Holdings Group, Inc.  Case No. 09-14192
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Franklin Robert L.<br>1 Diamond Causeway, 21-308<br>Savannah, GA 31406 | | - | | | | | 22,500.00 |
| Account No.<br><br>Frazier & Deeter LLC<br>600 Peachtree St N.E.<br>Ste. 1900<br>Atlanta, GA 30308 | | - | | | | | 140,000.00 |
| Account No.<br><br>Geoplasma, LLC<br>c/o Paul Jordan: Davis, Pickren & Seydel<br>2300 Marquis Two Tower<br>285 Peachtree Center Ave., NE<br>Atlanta, GA 30303 | | - | | X | X | X | 10,000,000.00 |
| Account No.<br><br>Georecoverlive Oak, LLC<br>c/o Paul Jordan: Davis Pickren & Seydel<br>2300 Marquis Two Tower<br>285 Peachtree Center Ave., NE<br>Atlanta, GA 30303 | | - | | X | X | X | 10,000,000.00 |
| Account No.<br><br>Georgia Department of Revenue<br>Taxpayer Services Division<br>PO Box 105499<br>Atlanta, GA 30348-5499 | | - | | | | | 113.98 |

Sheet no. 5 of 16 sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)  20,162,613.98