|  |  |
|---|---|
| United States Bankruptcy Court<br>For the District Of Delaware |  |
| GLOBAL ENERGY HOLDINGS GROUP INC | } Chapter 11<br>}<br>}<br>}<br>} Case No.<br>} 09-14192 |
| Debtor | } Amount $37,105.78 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**RILEY PARK HAYDEN AND ASSOC INC**
**3005 BRECKINRIDGE BLVD STE 240**
**DULUTH, GA 30096**

The transfer of your claim as shown above in the amount of **$37,105.78** has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By/s/Eric Horn
    Liquidity Solutions Inc
    (201) 968-0001

497709

# TRANSFER NOTICE

Riley Park Hayden & Assoc. Inc. ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Global Energy Holdings Group, Inc., et al. ("Debtor"), in the aggregate amount of $4,553.90 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Delaware, Jointly Administered as Case No. 09-14192.

IN WITNESS WHEREOF, Assignor has signed below as of the __23__ day of __August__, 2010.

Riley Park Hayden & Assoc. Inc.

By: _____
(Signature)

Andrew Reid Irwin / President
(Print Name and Title)

Liquidity Solutions, Inc.

_____
(Signature)

Eric Horn
(Print Name)