| United States Bankruptcy Court | |
|---|---|
| For the District Of Delaware | |
| GLOBAL ENERGY HOLDINGS GROUP INC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 09-14192 |
| <u>Debtor</u> | } **Amount $2,727.30** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**THOMPSON ENVIRONMENTAL CONSULTING INC**
**4950 PLEASANT STREET**
**WEST DES MOINES, IA 50266**

The transfer of your claim as shown above in the amount of **$2,727.30** has been transferred to:

       Liquidity Solutions Inc
       One University Plaza
       Suite 312
       Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

       <u>By/s/Eric Horn</u>
       Liquidity Solutions Inc
       (201) 968-0001

497710

**TRANSFER NOTICE**

Thompson Environmental Consulting Inc. ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Global Energy Holdings Group, Inc., et al. ("Debtor"), in the aggregate amount of $2,727.30 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Delaware, Jointly Administered as Case No. 09-14192.

IN WITNESS WHEREOF, Assignor has signed below as of the _13th_ day of _August_, 2010.

Thompson Environmental Consulting Inc.                                    Liquidity Solutions, Inc.

By: _[signature]_                                                          _[signature]_
(Signature)                                                                (Signature)

_David W Thompson, Sr. / President_                                        _Eric Horn_
(Print Name and Title)                                                     (Print Name)

A97710