# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: **GLOBAL ENERGY HOLDINGS GROUP INC,**           Case No. **09-14192**

**(Related Docket No. [342])**

## AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**LIQUIDITY SOLUTIONS, INC.**                          **DAVID R. AMES**
    Name of Transferee                                   Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): **32**
should be sent:                                        Amount of Claim: **$100,000.00**
                                                       Date Claim Filed: 06/02/2010

**LIQUIDITY SOLUTIONS, INC**
**ONE UNIVERSITY PLAZA, SUITE 312**
**HACKENSACK, NJ 07601**

Phone: **(201) 968-0001**                              Phone: _____
Last Four Digits of Acct #: _____            Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:     /s/Eric Horn                                    Date:  10/14/2010
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**497731**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: **GLOBAL ENERGY HOLDINGS GROUP INC,**        Case No. **09-14192**

**(Related Docket No.  [342])**

## AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 32 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **10/14/2010**.

**LIQUIDITY SOLUTIONS, INC.**
Name of Alleged Transferee

Address of Alleged Transferor:
**One University Plaza, Suite 312**
**Hackensack, NJ 07601**

**DAVID R. AMES**
Name of Transferor

Address of Transferee:
**DAVID R. AMES**
**4055 OLD SOUTHWICK PASS**
**ALPHARETTA, GA 30022**

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

**497731**

# NOTICE OF PARTIAL TRANSFER OF CLAIM

David R. Ames ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Global Energy Holdings Group, Inc., et al. ("Debtor"), in the aggregate amount of $100,000.00, representing a portion of Assignor's claim filed in the aggregate amount of all $548,184.09 pending against Debtor in the United States Bankruptcy Court, District of Delaware, Jointly Administered as Case No. 09-14192. Assignor retains all rights with respect to the remainder of the claim not assigned.

IN WITNESS WHEREOF, Assignor has signed below as of the 13th day of October, 2010.


David R. Ames                                    Liquidity Solutions, Inc.


By: _____                    _____
(Signature)                                      (Signature)

David R. Ames                                    ERic  Horn.
(Print Name and Title)                           (Print Name)

AA773