RESPONSE TO THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

October 19, 2010

In re:

Global Energy Holdings Group, Inc. *et al.* Case No. 09-14192 -PJW

**Creditor name: Gary Klein, 36 White Deer Lane, West Harrison NY 10604**

<u>**VIA FACSIMILE to Charles J. Brown, Esq., Archer & Greiner, P.C. (704) 343-4352**</u>

<u>**VIA OVERNIGHT DELIVERY TO THE U.S. BANKRUPTCY COURT**</u>

Dear U.S. BANKRUPTCY COURT,

I am a claimant in this bankruptcy case and I hereby object to the debtors' reduction of my claim as filed. My claim was for a total of **$87,759.97** and the debtor is attempting to reduce the amount to $60,204.08. The difference between these two claim amounts of **$27,555.89** is made up of the following items:

1) **$25,961.52** in Severance payments; and

2) **$1,594.37** from a missing expense report filed with the Company after I received the termination letter (see attached expense report).

**Re #1)** I was employed as the Director of Finance for Xethanol Corp. on May 15, 2006 at a salary of $150,000 per annum and that salary remained the same until I left the employ of the Company on August 21, 2009 due to the Company's "lack of funding" per a letter I received from Steven Paulik, the CFO at the time. The Company said they owed me one month of severance for a total of $11,538.48. Of course that was not even 1/12th of my annual salary so I do not know how they arrived at that amount.

The Company policy for management at Xethanol (subsequently changing their name to Global Energy Holdings Group) was that severance was to be paid at the rate of one week's salary for every calendar quarter employed with the Company (see attached email from David Ames, CEO and Director indicating his substantiation of such policy). I worked a total of 13 calendar quarters from May 15, 2006 through my termination on August 21, 2009 thereby entitling me to a total of $37,500 in severance (13 weeks or 25% of my annual salary). This policy was used for several employees including Larry Bellone, a former CFO and Robin Buller, a former EVP. At no time was there a change in that policy delivered to the employees of the Company.

Therefore, I am respectfully asking the Court to approve my claim in the full amount of **$87,759.97**.

Sincerely,

Gary Klein

October 19, 2010

# Gary Klein

| | |
|---|---|
| **From:** | David R. Ames [contentman@comcast.net] |
| **Sent:** | Monday, April 26, 2010 11:03 PM |
| **To:** | 'Gary Klein' |
| **Cc:** | 'David R. Ames' |
| **Subject:** | Xethanol / GNH severance policy |

Gary:

This is to confirm that the original Xethanol Severance Policy was to pay one week's salary for each 3 months with the company. The Policy was changed, however, since you started as a Xethanol Employee your severance policy does not change and you should use the Xethanol Policy. The company has precedence in how it dealt with employees whom also started with Xethanol such as Dick Wilson whom got the above Xethanol severance or one week salary for each three months worked.

I hope this clarifies this matter for you.

*David*

---

**David R. Ames**
Email: contentman@comcast.net
Cell: (770) 856-4729

4055 Old Southwick Pass
Alpharetta, GA 30022
H: (770) 856-4729
F: (770) 663-0290

NOTICE OF CONFIDENTIALITY: The information contained in this Internet transmission is intended only for the persons or entities to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipients is prohibited. If you received this in error, please contact the sender and delete the material from any computers.

Xethanol Corp. - Expense Reimbursement Report
Submitted by: Gary Klein

Gary Klein
Expense report
August 21, 2009

Dated: 8/21/2009

| Receipt # | Date | Description of Expenditure | | Travel - #6540 | | | Food/Entertain #6545 | Telecom #6520 | Office Exp. #6300 | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Person/Place | Business Purpose (expected result) | Transp. | Lodging | Total | | | | |
| | 7/23/09 | Verizon Wireless | Cellular phone service | | | | | 120.00 | | |
| | 8/23/09 | Verizon Wireless | Cellular phone service | | | | | 105.47 | | |
| | 8/1/09 | Aetna/Ogilvy WW | Cobra health payment (August) | | | 0.00 | 0.00 | | | 1,338.95 |
| | 8/23/09 | Cablevision | Internet service-monthly (Jul-Aug) | | | 0.00 | 0.00 | 29.95 | | |
| | | | | | | 0.00 | 0.00 | | | |
| | | | | | | 0.00 | 0.00 | | | |
| | | | | | | 0.00 | 0.00 | | | |
| | | | | | | 0.00 | 0.00 | | | |
| | | | | | | 0.00 | 0.00 | | | |
| | | | | | | 0.00 | 0.00 | | | |
| | | | | | | 0.00 | 0.00 | | | |
| Totals | | | | | | 0.00 | 0.00 | 255.42 | 0.00 | 1,338.95 |

Total Expenses 1,594.37
Mileage Reimbursement (Carries Over From Mileage Report) 0.00
Less Cash Advance (if any)
Reimbursement Requested 1,594.37
Approved by:

OFFICE USE ONLY

| ACCOUNT CODE | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| TOTAL REIMBURSEMENT | 1,594.37 |