# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| GLOBAL ENERGY HOLDINGS GROUP, | ) | Case No. 09-14192 (PJW) |
| INC., *et al.*,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## NOTICE OF (I) CONFIRMATION OF CHAPTER 11 PLAN OF REORGANIZATION OF GLOBAL ENERGY HOLDINGS GROUP, INC., AUGUSTA BIOFUELS, LLC, SPRING HOPE BIOFUELS, LLC, XETHANOL BIOFUELS, LLC, AND GES – LIVE OAK HICKORY RIDGE, LLC AND (II) EFFECTIVE DATE

**PLEASE TAKE NOTICE THAT**:

1.     *Confirmation of Plan*.  By order dated October 26, 2010 (the "Order"), the United States Bankruptcy Court for the District of Delaware (the "Court") confirmed the Chapter 11 Plan of Reorganization of Global Energy Holdings Group, Inc., Augusta Biofuels, LLC, Spring Hope Biofuels, LLC, Xethanol Biofuels,  LLC, and GES – Live Oak Hickory Ridge, LLC (the "Plan").  The Order is available for inspection at the Office of the Clerk, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

2.     *Effective Date; Distributions*.  The Debtors have established January 24, 2011 as the effective date of the Plan as defined therein (the "Effective Date").

3.     Following the Effective Date, no person shall offer, pledge, sell, contract to sell, sell any option or contract to purchase, purchase any option or contract to sell, grant any option, right or warrant for the sale of, or otherwise dispose of or transfer any shares of Global Energy Holdings Group, Inc.'s common stock or any securities convertible into or exchangeable or exercisable for common stock whether now owned or hereafter acquired or with respect to which such person has or hereafter acquires the power of disposition, or enter into any swap or any other agreement or any transaction that transfers, in whole or in part, directly or indirectly, the economic consequence of ownership of Global common stock, whether any such swap or transaction is to be settled by delivery of common stock or other securities, in cash or otherwise. Any such action taken after the Effective Date shall be deemed void ab initio and shall have no

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, if applicable, are:  (i) Global Energy Holdings Group, Inc. (9517); (ii) Augusta Biofuels, LLC (8446); (iii) Spring Hope Biofuels, LLC (9517); (iv) Xethanol Biofuels, LLC (5217); and  (v) GES – Live Oak Hickory Ridge, LLC (5710).  The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, P.O. Box 724028, Atlanta, Georgia 31139.

force or effect.

4. In order to give effect to the foregoing, the Debtors' transfer agent and registrar American Stock Transfer & Trust Company, LLC, the Depository Trust Company ("DTC"), the Financial Industry Regulatory Authority and any other organization or authority handling settlements of transfers or other actions involving Global's securities shall take all necessary steps so that immediately following the Effective Date, none of the actions in the foregoing paragraph shall be permitted. These steps shall include but not be limited to instituting stop transfer restrictions, treating Global's common stock as "payable upon surrender" immediately following the Effective Date and such other measures as are commercially reasonable to prevent such actions.

5. Payment of any Distribution shall be made on a pro rata basis only to holders of record of Global's common stock as of the close of business on the Effective Date of the Plan; beneficial owners of Global's securities shall have no right to any direct payments from Global but may seek any payments to which they believe they may be entitled from participants in the DTC system, its nominee, Cede & Co., or such other third parties through which they may hold their securities. Global shall not be responsible for any allocations among beneficial owners of Global's common stock other than to the extent, and only to the extent, they appear as record holders on the books and records of the Global's transfer agent and registrar.

Dated: January 24, 2011

GLOBAL ENERGY HOLDINGS GROUP, INC.,
AUGUSTA BIOFUELS, LLC, SPRING HOPE
BIOFUELS, LLC, XETHANOL BIOFUELS, LLC,
AND GES – LIVE OAK HICKORY RIDGE, LLC

By their attorneys,

/s/ Gayle Ehrlich
Gayle Ehrlich (*pro hac vice*)
Christopher M. Gosselin (*pro hac vice* )
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
Telephone: (617) 338-2800
Fax: (617) 338-2880
gehrlich@sandw.com
cgosselin@sandw.com