## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GLOBAL ENERGY HOLDINGS GROUP, INC., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 09-14192 (PJW)<br> (Jointly Administered)<br>**Objection Deadline: May 16, 2011**<br>**Hearing Date: May 23, 2011 @ 9:30 a.m.**<br><br>                **Related D.I. 442 & 443** |

### NOTICE OF HEARING

TO: COUNSEL TO THE DEBTOR, THE U.S. TRUSTEE, COUNSEL TO THE CREDITORS COMMITTEE, INTERESTED CREDITORS AND THE 2002 SERVICE LIST

     PLEASE TAKE NOTICE that the Objection by the Liquidating Trustee to Proof of Claim Number 56 of Paduano & Weintraub LLP [D.I. No. 442, filed 4/21/11] and the Objection by the Liquidating Trustee of Proof of Claim Number 15 of Global Energy Management, LLC [D.I. No. 443, filed 4/21/11] (the "Objections") have been filed with the Court.

     If you oppose either or both of the Objections or if you want the court to consider your views regarding the Objections, you must file a written response with the Bankruptcy Court detailing your objection or response by **MAY 16, 2011.** You must also serve a copy of your response upon the following: Charles J. Brown, III, Esq., Archer & Greiner, P.C., 300 Delaware Avenue, Suite 1370, Wilmington, DE 19801, Telephone: 302.777.4350 / Facsimile: 704.343.4352.

     **THE HEARING IS SCHEDULED FOR MAY 23, 2011 AT 9:30 A.M. IN COURTROOM NO. 2, 6TH FLOOR, UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, WILMINGTON, DELAWARE 19801.**

IF YOU DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE OBJECTIONS AND MAY GRANT OR OTHERWISE DISPOSE OF THE OBJECTIONS BEFORE THE SCHEDULED HEARING DATE.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, if applicable, are: (i) Global Energy Holdings Group, Inc. (9517); (ii) Augusta Biofuels, LLC (8446); (iii) Spring Hope Biofuels, LLC (9517); (iv) Xethanol Biofuels, LLC(5217); and (v) GES – Live Oak Hickory Ridge, LLC. The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, PO Box 724028, Atlanta, Georgia 31139.

|  |  | ARCHER & GREINER, P.C. |
|---|---|---|
|  | BY: | */s/ Charles J. Brown, III* |
| Dated: April 28, 2011 |  | Charles J. Brown, III (#3368) |
|  |  | 300 Delaware Avenue, Suite 1370 |
|  |  | Wilmington, DE 19801 |
|  |  | Ph: 302-777-4350 / Fax: 302-777-4352 |
|  |  | cbrown@archerlaw.com |

*Counsel to Liquidating Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GLOBAL ENERGY HOLDINGS GROUP, INC., *et al.*,[2] | Case No. 09-14192 (PJW) (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused true and correct copies of the *Objection by the Liquidating Trustee to Proof of Claim Number 56 of Paduano & Weintraub LLP [D.I. No. 442, filed 4/21/11]* and the *Objection by the Liquidating Trustee of Proof of Claim Number 15 of Global Energy Management, LLC [D.I. No. 443, filed 4/21/11]* along with the *Notice of Hearing* to be served via CM/ECF and/or U.S. First Class Mail upon all of those parties listed on the attached service list.

Dated: April 28, 2011            */s/ Charles J. Brown, III*
                                                                         Charles J. Brown, III (No. 3368)

---

[2] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, if applicable, are: (i) Global Energy Holdings Group, Inc. (9517); (ii) Augusta Biofuels, LLC (8446); (iii) Spring Hope Biofuels, LLC (9517); (iv) Xethanol Biofuels, LLC(5217); and (v) GES – Live Oak Hickory Ridge, LLC. The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, PO Box 724028, Atlanta, Georgia 31139.

1

Henry F. Sewell, Esq.
McKenna Long & Aldridge LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, GA  30318

Thomas Tinker
Office of United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

Cynthia May Grekov
Imowitz Koenig & Co., LLP
622 Third Avenue, 33rd Floor
New York, NY  10017

Michael L. Schein
1633 Broadway, 47th Floor
New York, NY  10019

Anthony Paduano, Esq.
Katherine Harrison, Esq.
Paduano & Weintraub LLP
1251 Avenue of the Americas, 9th Fl.
New York, NY  10020

Paul R. Jordan, Esq.
Davis Pickren & Seydel LLP
2300 Marquis Two Tower
285 Peachtree Center Ave, NE
Atlanta, GA  30303

John M. Hawkins
Weinberg Wheeler Hudgins Gunn & Dial
3344 Peachtree Road, N.E.
Suite 2400
Atlanta, GA  30326

William D. Haynes
10 Chastain Reserve
4222 Rickenracker Dr.
Atlanta, GA  30342

Securities & Exchange Commission
15th & Pennsylvania Avenue, NW
Washington, DC 20020

Securities & Exchange Commission
New York Regional Office
Attn:  Nathan Fuchs
233 Broadway
New York, NY  10279

Secretary of State
Division of Corporations
Franchise Tax
PO Box 7040
Dover, DE  19903

Robert L. Robbins, Esq.
Jasno S. Alloy, Esq.
RobbinsLaw LLC
999 Peachtree St., NE, Suite 1120
Atlanta, GA  30309

Karen C. Bifferato, Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
PO Box 2207
Wilmington, DE  19899

Michael G. Busenkell, Esq.
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

The Legacy Group
Attn:  John Elder III
1221 Lamar St., Suite 510
Houston, TX  77010

Michael D. Langford, Esq.
Kilpatrick Stockton LLP
Sutie 2800
1100 Peachtree Street, NE
Atlanta, GA  30309-4530

Internal Revenue Service
31 Hopkins Plaza
Room 1150
Baltimore, MD  21201

Secretary of Treasury
PO Box 7040
Dover, DE  19903

Gerald L. Shelly, Esq.
Fennemore Craig, P.C.
3003 N. Central Avenue, Suite 2600
Phoenix, AZ  85012

William D. Sullivan, Esq.
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801

Betsy Johnson Burn, Esq.
Nelson Mullins Riley & Scarborough
1320 Main Street, 17th Floor
PO Box 11070
Columbia, SC  29201

Joseph M. Coleman, Esq.
Kane Russell Coleman & Logan PC
3700 Thanksgiving Tower
1601 Elm Street
Dallas, TX  75201

Marjorie C. Redding
David G. Redding, Attorney at Law
201 S. Tryon Street, Suite 915
Charlotte, NC  28202

Robert A. Vort, Esq.
Vort & Morgen, LLC
2 University Plaza, Suite 101
Hackensack, NJ  07601