OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: GLOBAL LIQUIDATING TRUST    Bank: WELLS FARGO

Bankruptcy Number: 09-14192-PJW    Account Number: 2579055944

Date of Confirmation: OCT. 26, 2010    Account Type: CHECKING

Reporting Period (month/year): JUNE 2012

Beginning Cash Balance: $ 11,183

All receipts received by the debtor:

Cash Sales: $ _____

Collection of Accounts Receivable: $ _____

Proceeds from Litigation (settlement or otherwise): $ .64  (INTEREST INCOME)

Sale of Debtor's Assets: $ _____

Capital Infusion pursuant to the Plan: $ 58,152  (TRANSFER FROM SAVINGS)

Total of cash received: $ 58,153

Total of cash available: $ 69,336

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $ —

Disbursements made pursuant to the administrative claims of bankruptcy professionals: $ 66,946

All other disbursements made in the ordinary course: $ _____

Total Disbursements: $ 66,946

Ending Cash Balance: $ 2,390

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

7-9-12    CHRIS EARLE, TRUST AGENT
Date      Name/Title

Debtor: _____
Case Number: _____

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: GLOBAL LIQUIDATING TRUST       Bank: WELLS FARGO

Bankruptcy Number: _____      Account Number: 2579042496

Date of Confirmation: OCT. 26, 2010      Account Type: SAVINGS

Reporting Period (month/year): JUNE 2012

Beginning Cash Balance:       $ 123,134

All receipts received by the debtor:

Cash Sales:       $ _____

Collection of Accounts Receivable:       $ _____

Proceeds from Litigation (settlement or otherwise):       $ 41   (INTEREST INCOME)

Sale of Debtor's Assets:       $ _____

Capital Infusion pursuant to the Plan:       $ _____

Total of cash received:       $ 41

Total of cash available:       $ 123,175

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:       $ _____

Disbursements made pursuant to the administrative claims of bankruptcy professionals:       $ _____

All other disbursements made in the ordinary course:       $ 58,152   (TRANSFER TO CHECKING)

Total Disbursements       $ 58,152

Ending Cash Balance       $ 65,023

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

7-9-12            CHRIS EARLE, TRUST AGENT
Date              Name/Title

Debtor: _____
Case Number: _____

| ASSETS | Month | Month |
|---|---|---|
| | JUNE 2012 | |
| Cash (Unrestricted) | 67,413 | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | 740,993 | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| Total Current Assets | 808,406 | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | 700,000 | |
| Machinery & Equipment | | |
| Furniture, fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Depreciation/Depletion | | |
| Total Property, Plant & Equipment | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | 221,800 | |
| Total Assets | 1,730,206 | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | 122,158 | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Postpetition Liabilities | 122,158 | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | 694,757 | |
| Other (Attach List) - Per Plan | 16,009 | |
| Total Prepetition Liabilities | 710,766 | |
| Total Liabilities | 832,924 | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | 897,282 | |
| Total Liabilities & Owners' Equity | 1,730,206 | |

**Global Liquidating Trust**
**Bank Reconciliation**
**For the Month Ended 6/30/12**
Account #5944

| | | |
|---|---|---|
| **Bank Balance** | | $ 2,731.87 |
| Adjusted Bank Balance | | |
| Deposit in Transit | | |
| Outstanding Checks | $341.41 | |
| **Adjusted Bank Balance** | | $ 2,390.46 |
| **Book Balance** | | $ 2,390.46 |
| Adjusted Book Balance | | |
| | | $ -       Total Activity to be recorded |
| **Adjusted Book Balance** | | $ 2,390.46 |
| **Variance** | | $ - |

**Wells Fargo Bank #5944**
**Outstanding Checks**
**As of 6/30/12**

| | | |
|---|---|---|
| 1127 | $341.41 | Progress Energy |

$341.41

5:42 PM
07/09/12
Accrual Basis

## Global Liquidating Trust
## Transactions by Account
### As of June 30, 2012

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Wells Fargo** | | | | | | | | | | |
| **Operating Checking** | | | | | | | | | | 11,183.17 |
| Bill Pmt -Check | 4/25/2012 | 1276 | | Pierce Atwood, LLP | | | Accounts Pay... | | 704.00 | 11,183.17 |
| Bill Pmt -Check | 4/25/2012 | 1277 | | United States Trustee | Q1-2012 Tru... | | Accounts Pay... | | 1,950.00 | 10,479.17 |
| Bill Pmt -Check | 4/25/2012 | 1278 | | United States Trustee | Q4-2011 Tru... | | Accounts Pay... | | 1,625.00 | 8,529.17 |
| Bill Pmt -Check | 4/25/2012 | 1279 | | Frazier & Deeter, LLC | | | Accounts Pay... | | 4,150.00 | 6,904.17 |
| Bill Pmt -Check | 4/25/2012 | 1280 | | Randall D. Quintrell,... | | | Accounts Pay... | | 2,040.00 | 2,754.17 |
| Bill Pmt -Check | 4/25/2012 | 1281 | | Robbins Ross | | | Accounts Pay... | | 37,879.37 | 714.17 |
| General Journal | 4/26/2012 | 70 | * | | | | Savings | 50,000.00 | | -37,165.20 |
| General Journal | 4/30/2012 | 66 | * | | | | Bank Service ... | 0.60 | | 12,834.80 |
| General Journal | 4/30/2012 | 66 | * | | | | Bank Service ... | | 5,388.49 | 12,835.40 |
| Bill Pmt -Check | 5/1/2012 | 1282 | | Business Concepts ... | | | Accounts Pay... | | 2,801.67 | 7,446.91 |
| Bill Pmt -Check | 5/8/2012 | 1283 | | The Wilson Group | | | Accounts Pay... | | 450.00 | 4,645.24 |
| General Journal | 5/28/2012 | 72 | * | | | | Savings | 3,152.49 | | 4,195.24 |
| General Journal | 5/29/2012 | 71 | * | | | | Savings | 5,000.00 | | 7,347.73 |
| General Journal | 5/30/2012 | 67 | * | | | | Bank Service ... | | 5,577.03 | 12,347.73 |
| Bill Pmt -Check | 6/1/2012 | 1284 | | The Wilson Group | | | Accounts Pay... | | 750.00 | 6,770.70 |
| General Journal | 6/30/2012 | 69 | * | | | | Bank Service ... | | 3,630.28 | 6,020.70 |
| General Journal | 6/30/2012 | 69 | * | | | | Bank Service ... | 0.04 | | 2,390.42 |
| | | | | | | | | | | 2,390.46 |
| **Total Operating Checking** | | | | | | | | 58,153.13 | 66,945.84 | 2,390.46 |
| **Total Wells Fargo** | | | | | | | | 58,153.13 | 66,945.84 | 2,390.46 |
| **TOTAL** | | | | | | | | 58,153.13 | 66,945.84 | 2,390.46 |



PMA account 2579055944  ■  June 1, 2012 - June 30, 2012  ■  Page 3 of 6

**WELLS FARGO**

# PMA® Prime Checking Account

### Activity summary

| | |
|---|---:|
| Balance on 6/1 | 7,112.11 |
| Deposits/Additions | 0.02 |
| Withdrawals/Subtractions | - 4,380.26 |
| **Balance on 6/30** | **$2,731.87** |

Account number: 2579055944

**GLOBAL LIQUIDATING TRUST**
**ROBERT L FRANKLIN TTE**
**CHRISTOPHER P EARLE POA**

Wells Fargo Bank, N.A, Georgia  (Member FDIC)

Questions about your account:  1-800-742-4932

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

### Interest you've earned

| | |
|---|---:|
| Interest earned this month | $0.02 |
| Average collected balance this month | $2,964.75 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $4.47 |

### Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---:|---:|---:|
| | Beginning balance on 6/1 | | | | 7,112.11 |
| 6/1 | Wire Trans Svc Charge - Sequence: 120601095132 Srf# 0066880153144258 Trn#120601095132 Rfb# | | | 30.00 | |
| 6/1 | WT Fed#02204 Boston Private Ban /Ftr/Bnf=Prospect Ventures Srf# 0066880153144258 Trn#120601095132 Rfb# | | | 2,820.00 | 4,262.11 |
| 6/4 | Check Crd Purchase 06/01 Delta Air 006230 Delta.Com CA 473702Xxxxxx1403 282153507298793 ?McC=3058 | | | 651.60 | |
| 6/4 | Check | 1284 | | 750.00 | 2,860.51 |
| 6/21 | Check Crd Purchase 06/19 Nyc-Taxi Long Island NY 473702Xxxxxx1403 002171503311485 ?McC=4121 | | | 31.34 | 2,829.17 |
| 6/22 | Check Crd Purchase 06/21 Savannah Airport - Savannah GA 473702Xxxxxx1403 002173747561492 ?McC=7523 | | | 60.00 | 2,769.17 |
| 6/25 | Check Crd Purchase 06/21 Nyc-Taxi Long Island C NY 473702Xxxxxx1403 082173483102174 ?McC=4121 | | | 9.12 | |
| 6/25 | Check Crd Purchase 06/21 Nyc-Taxi Woodside NY 473702Xxxxxx1403 162173604955013 ?McC=4121 | | | 28.20 | 2,731.85 |
| 6/29 | Interest Payment | | 0.02 | | 2,731.87 |
| | Ending balance on 6/30 | | | | 2,731.87 |
| | **Totals** | | **$0.02** | **$4,380.26** | |

### Summary of checks written  (checks listed are also displayed in the preceding Transaction history section)

| Number | Date | $ Amount |
|---|---|---:|
| 1284 | 6/4 | 750.00 |

**Global Liquidating Trust**
**Bank Reconciliation**
For the Month Ended 6/30/12
Account #2496

| | | |
|---|---|---|
| **Bank Balance** | $ | 65,022.66 |
| Adjusted Bank Balance | | |
| Deposit in Transit | | |
| Outstanding Checks | $0.00 | |
| **Adjusted Bank Balance** | $ | 65,022.66 |
| **Book Balance** | $ | 65,022.66 |
| Adjusted Book Balance | | |
| | $ | - |  Total Activity to be recorded
| **Adjusted Book Balance** | $ | 65,022.66 |
| **Variance** | $ | - |

5:29 PM
07/09/12
Accrual Basis

# Global Liquidating Trust
## Transactions by Account
### As of June 30, 2012

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Wells Fargo** | | | | | | | | | | |
| **Savings** | | | | | | | | | | 123,133.89 |
| General Journal | 4/30/2012 | 66 | * | | | | Bank Service ... | | | 123,133.89 |
| General Journal | 4/30/2012 | 66 | * | | | | Bank Service ... | 18.60 | | 73,133.89 |
| General Journal | 5/31/2012 | 67 | * | | | | Bank Service ... | | 50,000.00 | 73,152.49 |
| General Journal | 5/31/2012 | 68 | * | | | | Interest | | 8,152.49 | 65,000.00 |
| General Journal | 6/30/2012 | 69 | * | | | | Bank Service ... | 11.97 | | 65,011.97 |
| | | | | | | | | 10.69 | | 65,022.66 |
| **Total Savings** | | | | | | | | 41.26 | 58,152.49 | 65,022.66 |
| **Total Wells Fargo** | | | | | | | | 41.26 | 58,152.49 | 65,022.66 |
| **TOTAL** | | | | | | | | 41.26 | 58,152.49 | 65,022.66 |

Page 1



PMA account 2579055944 ■ June 1, 2012 - June 30, 2012 ■ Page 5 of 6

# Wells Fargo® High Yield Savings

**Activity summary**

| | |
|---|---|
| Balance on 6/1 | 65,011.97 |
| Deposits/Additions | 10.69 |
| Withdrawals/Subtractions | - 0.00 |
| **Balance on 6/30** | **$65,022.66** |

Account number: 2579042496

**GLOBAL LIQUIDATING TRUST**
**ROBERT L FRANKLIN TTE**

Wells Fargo Bank, N.A. Georgia  (Member FDIC)

Questions about your account:  **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

**Interest you've earned**

| | |
|---|---|
| Interest earned this month | $10.69 |
| Average collected balance this month | $65,011.97 |
| Annual percentage yield earned | 0.20% |
| Interest paid this year | $124.10 |

**Transaction history**

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|
| **Beginning balance on 6/1** | | | | 65,011.97 |
| 6/29 | Interest Payment | 10.69 | | 65,022.66 |
| **Ending balance on 6/30** | | | | 65,022.66 |
| **Totals** | | **$10.69** | **$0.00** | |

58580