OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: GLOBAL LIQUIDATING TRUST
Bank: WELLS FARGO
Bankruptcy Number: 09-14192 (PJW)
Account Number: 2579055944
Date of Confirmation: OCT. 26, 2010
Account Type: CHECKING
Reporting Period (month/year): SEPT. 2012

Beginning Cash Balance: $ 2,390

All receipts received by the debtor:

Cash Sales: $ _____
Collection of Accounts Receivable: $ _____
Proceeds from Litigation (settlement or otherwise): $ 10 (INTEREST INCOME)
Sale of Debtor's Assets: $ _____
Capital Infusion pursuant to the Plan: $ 21,000 (TRANSFER FROM SAVINGS)
Total of cash received: $ 21,000

Total of cash available: $ 23,390

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $ _____
Disbursements made pursuant to the administrative claims of bankruptcy professionals: $ 19,840
All other disbursements made in the ordinary course: $ _____
Total Disbursements: $ 19,840

Ending Cash Balance: $ 3,550

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

10-25-12                CHRIS EARLE   TRUST AGENT
Date                    Name/Title

Debtor: Global Liquidating Trust
Case Number: 09-14192 (PJW)

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: GLObAL LIQUIDATING TRUST  Bank: WELLS FARGO
Bankruptcy Number: 09-14192 (PJW)  Account Number: 2579042496
Date of Confirmation: OCT. 26, 2010  Account Type: SAVINGS
Reporting Period (month/year): SEPT. 2012

Beginning Cash Balance: $ 65,023

All receipts received by the debtor:

Cash Sales: $ _____
Collection of Accounts Receivable: $ _____
Proceeds from Litigation (settlement or otherwise): $ 26  (INTEREST INCOME)
Sale of Debtor's Assets: $ _____
Capital Infusion pursuant to the Plan: $ _____
Total of cash received: $ 26

Total of cash available: $ 65,049

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $ _____
Disbursements made pursuant to the administrative claims of bankruptcy professionals: $ _____
All other disbursements made in the ordinary course: $ 21,000  (TRANSFER TO CHECKING)
Total Disbursements $ 21,000
Ending Cash Balance $ 44,049

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

10-25-12          CHRIS EARLE, TRUST AGENT
Date              Name/Title

Debtor: Global Liquidating Trust
Case Number: 09-14192 (PJW)

| ASSETS | Month SEPT 2012 | Month |
|---|---|---|
| Cash (Unrestricted) | 47,599 | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | 754,743 | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| Total Current Assets | 802,342 | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | 700,000 | |
| Machinery & Equipment | | |
| Furniture, fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Depreciation/Depletion | | |
| Total Property, Plant & Equipment | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | 221,800 | |
| Total Assets | 1,724,142 | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | 128,944 | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Postpetition Liabilities | 128,944 | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | 694,757 | |
| Other (Attach List) - Per Plan | 16,009 | |
| Total Prepetition Liabilities | 710,766 | |
| Total Liabilities | 839,710 | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | 884,432 | |
| Total Liabilities & Owners' Equity | 1,724,142 | |

**Global Liquidating Trust**
**Bank Reconciliation**
For the Month Ended 9/30/12
Account #2496

| | | |
|---|---|---:|
| **Bank Balance** | | $ 44,048.71 |
| | Adjusted Bank Balance | |
| | Deposit in Transit | |
| | Outstanding Checks | $0.00 |
| **Adjusted Bank Balance** | | $ 44,048.71 |
| **Book Balance** | | $ 44,048.71 |
| | Adjusted Book Balance | |
| | | $ -   Total Activity to be recorded |
| **Adjusted Book Balance** | | $ 44,048.71 |
| **Variance** | | $ - |

10:54 AM
10/25/12
Accrual Basis

# Global Liquidating Trust
## Transactions by Account
### As of September 30, 2012

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Wells Fargo** | | | | | | | | | | |
|   **Savings** | | | | | | | | | | 48,041.01 |
|     General Journal | 9/30/2012 | 79 | * | | | | Operating Che... | | 4,000.00 | 48,041.01 |
|     General Journal | 9/30/2012 | 79 | * | | | | Operating Che... | 7.70 | | 44,041.01 |
|   **Total Savings** | | | | | | | | 7.70 | 4,000.00 | 44,048.71 |
| **Total Wells Fargo** | | | | | | | | 7.70 | 4,000.00 | 44,048.71 |
| **TOTAL** | | | | | | | | 7.70 | 4,000.00 | 44,048.71 |

Page 1



# Wells Fargo® High Yield Savings

### Activity summary

| | |
|---|---|
| Balance on 9/1 | 48,041.01 |
| Deposits/Additions | 7.70 |
| Withdrawals/Subtractions | - 4,000.00 |
| **Balance on 9/30** | **$44,048.71** |

Account number:  **2579042496**

**GLOBAL LIQUIDATING TRUST**
**ROBERT L FRANKLIN TTE**

*Wells Fargo Bank, N.A, Georgia  (Member FDIC)*

Questions about your account:  **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

### Interest you've earned

| | |
|---|---|
| Interest earned this month | $7.70 |
| Average collected balance this month | $46,841.01 |
| Annual percentage yield earned | 0.20% |
| Interest paid this year | $150.15 |

### Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|
| | Beginning balance on 9/1 | | | 48,041.01 |
| 9/4 | Online Transfer Ref #Ibetmkb535 to Checking Xxxxxx5944 On 09/04/12 | | 1,000.00 ✓ | 47,041.01 |
| 9/28 | Online Transfer Ref #Ibeqqpbptv to Checking Xxxxxx5944 On 09/28/12 | | 3,000.00 ✓ | |
| 9/28 | Interest Payment | 7.70 ✓ | | 44,048.71 |
| | Ending balance on 9/30 | | | 44,048.71 |
| **Totals** | | **$7.70** | **$4,000.00** | |

**Global Liquidating Trust**
**Bank Reconciliation**
For the Month Ended 9/30/12
Account #5944

| | | | |
|---|---|---|---|
| **Bank Balance** | | $ | 3,892.16 |
| | Adjusted Bank Balance | | |
| | Deposit in Transit | | |
| | Outstanding Checks | $341.41 | |
| **Adjusted Bank Balance** | | $ | 3,550.75 |
| | | | |
| **Book Balance** | | $ | 3,550.75 |
| | Adjusted Book Balance | | |
| | | $ | - | Total Activity to be recorded |
| **Adjusted Book Balance** | | $ | 3,550.75 |
| | | | |
| **Variance** | | $ | - |

**Wells Fargo Bank #5944**
**Outstanding Checks**
**As of 9/30/12**

| | | |
|---|---|---|
| 1127 | $341.41 | Progress Energy |
| | $341.41 | |

10:51 AM
10/25/12
Accrual Basis

# Global Liquidating Trust
## Transactions by Account
### As of September 30, 2012

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Wells Fargo** | | | | | | | | | | |
| **Operating Checking** | | | | | | | | | | 249.07 |
| Check | 9/5/2012 | 1289 | | Business Concepts ... | | | Consulting Fees | | 698.33 | -449.26 |
| General Journal | 9/30/2012 | 79 | * | | | | -SPLIT- | 4,000.01 | | 3,550.75 |
| Total Operating Checking | | | | | | | | 4,000.01 | 698.33 | 3,550.75 |
| Total Wells Fargo | | | | | | | | 4,000.01 | 698.33 | 3,550.75 |
| **TOTAL** | | | | | | | | **4,000.01** | **698.33** | **3,550.75** |

Page 1



PMA account 2579055944 ■ September 1, 2012 - September 30, 2012 ■ Page 3 of 5

# PMA® Prime Checking Account

### Activity summary

| | |
|---|---|
| Balance on 9/1 | 590.48 |
| Deposits/Additions | 4,000.01 |
| Withdrawals/Subtractions | - 698.33 |
| **Balance on 9/30** | **$3,892.16** |

Account number: **2579055944**
**GLOBAL LIQUIDATING TRUST**
**ROBERT L FRANKLIN TTE**
**CHRISTOPHER P EARLE POA**

*Wells Fargo Bank, N.A. Georgia (Member FDIC)*
Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

### Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.01 |
| Average collected balance this month | $1,185.26 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $4.57 |

### Transaction history

| Date | Description | Check No. | Deposits/Additions | Withdrawals/Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Beginning balance on 9/1 | | | | 590.48 |
| 9/4 | Online Transfer Ref #Ibetmkb535 From Savings Xxxxxx2496 On 09/04/12 | | 1,000.00 | | 1,590.48 |
| 9/5 | Check | 1289 | | 698.33 | 892.15 |
| 9/28 | Online Transfer Ref #Ibeqqpbptv From Savings Xxxxxx2496 On 09/28/12 | | 3,000.00 | | |
| 9/28 | Interest Payment | | 0.01 | | 3,892.16 |
| | Ending balance on 9/30 | | | | 3,892.16 |
| | **Totals** | | **$4,000.01** | **$698.33** | |

### Summary of checks written  *(checks listed are also displayed in the preceding Transaction history section)*

| Number | Date | $ Amount |
|---|---|---|
| 1289 | 9/5 | 698.33 |

63592