**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Global Liquidating Trust          Bank: Wells Fargo

Bankruptcy Number: 09-14192                      Account Number: 2579055944

Date of Confirmation: October 26, 2010           Account Type: Checking

Reporting Period (month/year): March 2015

    Beginning Cash Balance:                                  $ 6,100

All receipts received by the debtor:

    Cash Sales:                                              $

    Collection of Accounts Receivable:                       $

    Proceeds from Litigation (settlement or otherwise):      $

    Sale of Debtor's Assets:                                 $

    Capital Infusion pursuant to the Plan:                   $ 5,009    (Transfer from savings account)

    Total of cash received:                                  $ 5,009

Total of cash available:                                     $ 11,109

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative
    claims of bankruptcy professionals:                      $

    Disbursements made pursuant to the administrative claims of
    bankruptcy professionals:                                $ 7,633

    All other disbursements made in the ordinary course:     $

    Total Disbursements                                      $ 7,633

Ending Cash Balance                                          $ 3,476

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

April 28, 2015                    Chris Earle, Trust Agent
Date                              Name/Title

Debtor: _____
Case Number: _____

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Global Liquidating Trust       Bank: Wells Fargo

Bankruptcy Number: 09-14192                   Account Number: 2579042496

Date of Confirmation: October 26, 2010        Account Type: Savings

Reporting Period (month/year): March 2015

Beginning Cash Balance:                       $ 45,003

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales: | $ | |
| Collection of Accounts Receivable: Interest | $ | 9 |
| Proceeds from Litigation (settlement or otherwise): | $ | |
| Sale of Debtor's Assets: | $ | |
| Capital Infusion pursuant to the Plan: | $ | |
| Total of cash received: | $ | 9 |

Total of cash available:                      $ 45,012

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | | |
|---|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ | | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ | 5,009 | (Transfer to checking account) |
| All other disbursements made in the ordinary course: | $ | | |
| Total Disbursements | | $ | 5,009 |

Ending Cash Balance                           $ 40,003

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

April 28, 2015        Chris Earle, Trust Agent
Date                  Name/Title

Debtor: _____
Case Number: _____

| ASSETS | Month<br>March 31, 2015 | Month |
|---|---|---|
| Cash (Unrestricted) | 43,479 | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| Total Current Assets | 43,479 | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | 700,000 | |
| Machinery & Equipment | | |
| Furniture, fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Depreciation/Depletion | | |
| Total Property, Plant & Equipment | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Assets | 743,479 | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | 34,985 | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Postpetition Liabilities | 34,985 | |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | 694,757 | |
| Other (Attach List) - Per Plan | 24,685 | |
| Total Prepetition Liabilities | 719,442 | |
| Total Liabilities | 754,427 | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | (10,948) | |
| Total Liabilities & Owners' Equity | 743,479 | |

**Global Liquidating Trust**
**Bank Reconciliation**
**For the Month Ended 3/31/15**
**Account #5944**

| | | |
|---|---|---|
| **Bank Balance** | | $ 3,476.25 |
| Adjusted Bank Balance | | |
| Deposit in Transit | | |
| Outstanding Checks | $0.00 | |
| **Adjusted Bank Balance** | | $ 3,476.25 |
| **Book Balance** | | $ 3,476.25 |
| Adjusted Book Balance | | |
| | | $   -    | Total Activity to be recorded |
| **Adjusted Book Balance** | | $ 3,476.25 |
| **Variance** | | $   -   |

2:13 PM
04/28/15
Accrual Basis

## Global Liquidating Trust
## Transactions by Account
### As of March 31, 2015

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Wells Fargo** | | | | | | | | |
| **Operating Checking** | | | | | | | | |
| General Journal | 01/31/2015 | 116 | | | | -SPLIT- | 0.26 | 6,099.69 |
| | | | | | | | | 6,099.69 |
| Check | 02/04/2015 | 1351 | Business Concepts ... | | | Consulting Fees | -1,062.50 | 6,099.95 |
| General Journal | 02/28/2015 | 117 | | | | Savings | 0.07 | 5,037.45 |
| General Journal | 02/28/2015 | 117 | | | | Savings | -410.29 | 5,037.52 |
| Bill Pmt -Check | 03/02/2015 | 1352 | The Wilson Group | | | Accounts Pay... | -450.00 | 4,627.23 |
| Check | 03/02/2015 | 1353 | Business Concepts ... | | | Consulting Fees | -750.00 | 4,177.23 |
| Bill Pmt -Check | 03/03/2015 | 1354 | United States Trustee | Acct# 111-09... | | Accounts Pay... | -650.00 | 3,427.23 |
| General Journal | 03/31/2015 | 118 | | | | -SPLIT- | 5,008.99 | 2,777.23 |
| General Journal | 03/31/2015 | 118 | | | | Operating Che... | -4,310.00 | 7,786.22 |
| General Journal | 03/31/2015 | 118 | | | | Operating Che... | 0.03 | 3,476.22 |
| | | | | | | | | 3,476.25 |
| **Total Operating Checking** | | | | | | | **-2,623.44** | **3,476.25** |
| **Total Wells Fargo** | | | | | | | **-2,623.44** | **3,476.25** |
| **TOTAL** | | | | | | | **-2,623.44** | **3,476.25** |



PMA account 2579055944  ■  March 1, 2015 - March 31, 2015  ■  Page 3 of 7

# PMA® Prime Checking Account

### Activity summary

| | |
|---|---:|
| Balance on 3/1 | 4,627.23 |
| Deposits/Additions | 5,009.02 |
| Withdrawals/Subtractions | - 6,160.00 |
| **Balance on 3/31** | **$3,476.25** |

Account number: **2579055944**

**GLOBAL LIQUIDATING TRUST**
**ROBERT L FRANKLIN TTE**
**CHRISTOPHER P EARLE POA**

Wells Fargo Bank, N.A. (Member FDIC)

GEORGIA account terms and conditions apply

Questions about your account:  **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

### Interest you've earned

| | |
|---|---:|
| Interest earned this month | $0.03 |
| Average collected balance this month | $3,619.80 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $0.36 |
| Total interest paid in 2014 | $10.19 |

### Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---:|---:|---:|
| | Beginning balance on 3/1 | | | | 4,627.23 |
| 3/2 | Online Transfer From Trust G Savings Xxxxxx2496 Ref #Ibeqzjy2Gp On 03/02/15 | | 5,008.99 | | |
| 3/2 | Wire Trans Svc Charge - Sequence: 150302152080 Srf# 0066953061377312 Trn#150302152080 Rfb# | | | 30.00 | |
| 3/2 | WT Fed#06773 Boston Private Ban /Ftr/Bnf=Prospect Ventures Srf# 0066953061377312 Trn#150302152080 Rfb# | | | 4,280.00 | |
| 3/2 | Check | 1353 | | 750.00 | 4,576.22 |
| 3/5 | Check | 1354 | | 650.00 | |
| 3/5 | Check | 1352 | | 450.00 | 3,476.22 |
| 3/31 | Interest Payment | | 0.03 | | 3,476.25 |
| | Ending balance on 3/31 | | | | 3,476.25 |
| | **Totals** | | **$5,009.02** | **$6,160.00** | |

### Summary of checks written   (checks listed are also displayed in the preceding Transaction history section)

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---:|---|---|---:|---|---|---:|
| 1352 | 3/5 | 450.00 | 1353 | 3/2 | 750.00 | 1354 | 3/5 | 650.00 |

69517

**Global Liquidating Trust**
**Bank Reconciliation**
For the Month Ended 3/31/15
Account #2496

| | | | |
|---|---|---|---|
| **Bank Balance** | | $ 40,002.73 | |
| | Adjusted Bank Balance | | |
| | Deposit in Transit | | |
| | Outstanding Checks | $0.00 | |
| **Adjusted Bank Balance** | | $ 40,002.73 | |
| **Book Balance** | | $ 40,002.73 | |
| | Adjusted Book Balance | | |
| | | $ - | Total Activity to be recorded |
| **Adjusted Book Balance** | | $ 40,002.73 | |
| **Variance** | | $ - | |

2:14 PM
04/28/15
Accrual Basis

# Global Liquidating Trust
## Transactions by Account
### As of March 31, 2015

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---:|---:|
| **Wells Fargo** | | | | | | | | |
| **Savings** | | | | | | | | |
| General Journal | 01/31/2015 | 116 | | | | Operating Che... | 3.06 | 45,003.17 |
| General Journal | 02/28/2015 | 117 | | | | -SPLIT- | 2.76 | 45,003.17 |
| General Journal | 03/31/2015 | 118 | | | | Operating Che... | -5,008.99 | 45,006.23 |
| General Journal | 03/31/2015 | 118 | | | | Operating Che... | 2.73 | 45,008.99 |
| | | | | | | | | 40,000.00 |
| | | | | | | | | 40,002.73 |
| **Total Savings** | | | | | | | -5,000.44 | 40,002.73 |
| **Total Wells Fargo** | | | | | | | -5,000.44 | 40,002.73 |
| **TOTAL** | | | | | | | -5,000.44 | 40,002.73 |



PMA account 2579055944  ■  March 1, 2015 - March 31, 2015  ■  Page 5 of 7

# Wells Fargo® High Yield Savings

### Activity summary

| | |
|---|---:|
| Balance on 3/1 | 45,008.99 |
| Deposits/Additions | 2.73 |
| Withdrawals/Subtractions | - 5,008.99 |
| **Balance on 3/31** | **$40,002.73** |

Account number:  2579042496

**GLOBAL LIQUIDATING TRUST**
**ROBERT L FRANKLIN TTE**

Wells Fargo Bank, N.A. (Member FDIC)

GEORGIA account terms and conditions apply

Questions about your account:  **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

### Interest you've earned

| | |
|---|---:|
| Interest earned this month | $2.73 |
| Average collected balance this month | $40,161.58 |
| Annual percentage yield earned | 0.08% |
| Interest paid this year | $8.55 |
| Total interest paid in 2014 | $122.62 |

### Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---:|---:|---:|
| | Beginning balance on 3/1 | | | 45,008.99 |
| 3/2 | Online Transfer to Trust G Checking Xxxxxx5944 Ref #Ibeqzjy2Gp On 03/02/15 | | 5,008.99 | 40,000.00 |
| 3/31 | Interest Payment | 2.73 | | 40,002.73 |
| | Ending balance on 3/31 | | | 40,002.73 |
| **Totals** | | **$2.73** | **$5,008.99** | |